1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 Attorneys for Mr. Guevara-Osuna

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08mj0593 |
| 12     Plaintiff, ) | |
| 13 v. ) | **NOTICE OF APPEARANCE** |
| 14 **RODRIGO GUEVARA-OSUNA,** ) | |
| 15     Defendant. ) | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,

21 Dated: March 3, 2008                  *s/ Bridget Kennedy*
                                        Federal Defenders of San Diego, Inc.
                                        *bridget_kennedy@fd.org*